UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENYING CHEN,<br><br>                Plaintiff,<br><br>   v.<br><br>PAM BONDI, *et al*.,<br><br>                Defendants. | Case No. 2:25-cv-08909-FLA (ASx)<br><br>**CORRECTED ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION [DKT. 26]** |

Plaintiff Wenying Chen ("Plaintiff"), proceeding *pro se*, filed her Complaint on September 18, 2025.  Dkt. 1.  Plaintiff has not filed a response to Defendants' Motion to Dismiss (Dkt. 21).  Plaintiff has likewise not responded to Defendants' communications regarding submitting a Joint Rule 26(f) Report, which was due on May 1, 2026.  *See* Dkt. 24.  Defendants have not heard from Plaintiff since February 6, 2026.  *See id.* at 2.

Accordingly, the court ORDERS Plaintiff to show cause ("OSC"), in writing by June 4, 2026, why the court should not dismiss this action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute).  Failure to respond timely will result in dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: May 20, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2